# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: Hamid Farajifard & Haleh Karimian | **Case No.** | 14-51942 ASW |
| | **CHAPTER 11**<br>**MONTHLY OPERATING REPORT**<br>**(SMALL REAL ESTATE/INDIVIDUAL CASE)** | |

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:**  05/31/14      **PETITION DATE:**  05/01/14

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor).
Dollars reported in     $1

| | | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|---|
| 2. | **Asset and Liability Structure** | | | |
| | a. Current Assets | $30,424 | | |
| | b. Total Assets | $2,483,381 | | |
| | c. Current Liabilities | $0 | | |
| | d. Total Liabilities | $3,875,166 | | |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 3. | **Statement of Cash Receipts & Disbursements for Month** | | | |
| | a. Total Receipts | $36,325 | | $0 |
| | b. Total Disbursements | $19,560 | | $0 |
| | c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | $16,766 | $0 | $0 |
| | d. Cash Balance Beginning of Month | $0 | | $0 |
| | e. Cash Balance End of Month (c + d) | $16,766 | $0 | $0 |

| | | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|---|
| 4. | **Profit/(Loss) from the Statement of Operations** | N/A | N/A | N/A |
| 5. | **Account Receivables (Pre and Post Petition)** | $0 | | |
| 6. | **Post-Petition Liabilities** | $0 | | |
| 7. | **Past Due Post-Petition Account Payables (over 30 days)** | $0 | | |

| | At the end of this reporting month: | Yes | No |
|---|---|---|---|
| 8. | Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. | Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. | If the answer is yes to 8 or 9, were all such payments approved by the court? | | |
| 11. | Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. | Is the estate insured for replacement cost of assets and for general liability? | X | |
| 13. | Are a plan and disclosure statement on file? | | X |
| 14. | Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes ____;      U.S. Trustee Quarterly Fees ____; Check if filing is current for: Post-petition tax reporting and tax returns: ____.
(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct.

Date:  6/20/14 12:00        /s/ Hamid Farajifard & Haleh Karimian
                            Responsible Individual

Revised 1/1/98

# BALANCE SHEET
## (Small Real Estate/Individual Case)
### For the Month Ended    05/31/14

| | Assets | Check if Exemption Claimed on Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | | $20,424 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | $10,000 |
| 4 | Other: | | |
| 5 | | | |
| 6 | **Total Current Assets** | | $30,424 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | X | $2,124,102 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | X | $30,000 |
| 10 | Vehicles | X | $38,855 |
| 11 | Partnership interests | | $150,000 |
| 12 | Interest in corportations | | $50,000 |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | X | $60,000 |
| 15 | Other: | | |
| 16 | | | |
| 17 | **Total Long Term Assets** | | $2,452,957 |
| 18 | **Total Assets** | | $2,483,381 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: | | |
| 24 | | | |
| 25 | **Total Current Liabilities** | | $0 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $0 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $1,695,180 |
| 29 | Secured claims (other) | | $1,820,978 |
| 30 | Priority unsecured claims | | $40,166 |
| 31 | General unsecured claims | | $318,842 |
| 32 | **Total Pre-Petition Liabilities** | | $3,875,166 |
| 33 | **Total Liabilities** | | $3,875,166 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($1,391,785) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $2,483,381 |

NOTE:
 Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET

### Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

| | | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | N/A | N/A | N/A |
| 2 | Scheduled Gross Rents | | | |
| | Less: | | | |
| 3 | Vacancy Factor | | | |
| 4 | Free Rent Incentives | | | |
| 5 | Other Adjustments | | | |
| 6 | Total Deductions | $0 | $0 | $0 |
| 7 | Scheduled Net Rents | $0 | $0 | $0 |
| 8 | Less: Rents Receivable (2) | | | |
| 9 | Scheduled Net Rents Collected (2) | $0 | $0 | $0 |

(2) To be completed by cash basis reporters only.

### Schedule B
### Recapitulation of Funds Held at End of Month

| | | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo - DIP | Wells Fargo - DIP | Wells Fargo - DIP |
| 11 | Account No. | 8204290392 | 5079614284 | 5079614276 |
| 12 | Account Purpose | Personal | Premier Design & Const | Econ Glass |
| 13 | Balance, End of Month | $15,061 | $11,739 | $2,147 |

Revised 1/1/98

14  **Total Funds on Hand for all Accounts**                    $28,948

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended    05/31/14

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | | |
| 2 | Cash Received from Sales | $36,325 | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | $36,325 | $0 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative | | |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt | | |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | $15,000 | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | | |
| 31 | Other Cash Outflows: | | |
| 32 | Premier Expenses | $2,359 | |
| 33 | Personal Expenses | $2,200 | |
| 34 | | | |
| 35 | | | |
| 36 | | | |
| 37 | **Total Cash Disbursements:** | $19,560 | $0 |
| 38 | **Net Increase (Decrease) in Cash** | $16,766 | $0 |
| 39 | **Cash Balance, Beginning of Period** | | |
| 40 | **Cash Balance, End of Period** | $16,766 | $0 |

Revised 1/1/98



# PMA® Wells Fargo® PMA Package

Questions? Please contact us:

**Wells Fargo Premier Banking Team** SM
Available 24 hours a day, 7 days a week
*Phone:* **1-800-742-4932** , *TTY:* 1-800-600-4833
*Spanish:* 1-877-727-2932
*Chinese:* 1-800-288-2288

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A.
P.O. Box 6995
Portland, OR 97228-6995

PP

HAMID FARAJIFARD
DEBTOR IN POSSESSION
CH 11 CASE #14- 51942 (NCA)
107 ALERCHE DR
LOS GATOS CA 95032-5154

## May 31, 2014

| | |
|---|---|
| **Total assets:** | **$15,061.10** |
| **Total liabilities:** | **$0.00** |
| Qualifying Balance : | **$15,061.10** |
| Deposit Balance : | **$15,061.10** |

**Contents**                                    *Page*

Overview . . . . . . . . . . . . . . . . . . . . . . . . . . . 2
PMA® Premier Checking Account . . . . . . . . . . . . . . .3



# Overview of your PMA account

## Assets

| Account (Account Number) | Percent of total | Balance this month ($) |
|---|---|---|
| PMA® Premier Checking Account (8204290392) | 100% | 15,061.10 |
| **Total assets** | | **$15,061.10** |

**Total asset allocation (by account type)**



Checking/ Prepaid: 100%

## Interest, dividends and other income

*The information below should not be used for tax planning purposes.*

| Account | This month | This year |
|---|---|---|
| PMA® Premier Checking Account (8204290392) | | 0.22 |
| **Total interest, dividends and other income** | **$0.00** | **$0.22** |

**Important Account Information**

The "Overview of your PMA Account" section of your statement is provided for informational and convenience purposes. The Overview shows activity and information from (1) deposit, credit, trust and foreign exchange accounts with Wells Fargo Bank, N.A., and (2) brokerage accounts with Wells Fargo Advisors, LLC, or Wells Fargo Advisors Financial Network, LLC (members SIPC); brokerage accounts are carried and cleared through First Clearing, LLC; (3) Wells Fargo Funds Management, LLC provides investment advisory and administrative services for Wells Fargo Advantage Funds; other affiliates provide subadvisory and other services for the Funds; and (4) insurance products offered through non-bank insurance agency affiliates of Wells Fargo & Company and underwritten by unaffiliated insurance companies.

**Considering buying your first or next home?**
Whether you're just in the planning stage or you've already started looking for a home, give us a call at 1-866-582-1253 and we'll help guide you through the process.

1191996



Did you know that you can review your safe deposit box information through Wells Fargo Online Banking? Sign on to online banking and go to your account summary page. Check it out today.

# PMA® Premier Checking Account

## Activity summary

| | |
|---|---|
| Balance on 5/8 | -139.18 |
| Deposits/Additions | 17,400.70 |
| Withdrawals/Subtractions | - 2,200.42 |
| **Balance on 5/31** | **$15,061.10** |

Account number: **8204290392**

**HAMID FARAJIFARD**
**DEBTOR IN POSSESSION**
**CH 11 CASE #14- 51942 (NCA)**

*Wells Fargo Bank, N.A. (Member FDIC)*
*CALIFORNIA account terms and conditions apply*

Questions about your account: **1-800-742-4932**

Worksheet to balance your account and General Statement Policies can be found towards the end of this statement.

## Interest you've earned

| | |
|---|---|
| Interest earned this month | $0.22 |
| Average collected balance this month | $7,382.58 |
| Annual percentage yield earned | 0.05% |
| Interest paid this year | $0.22 |

## Transaction history

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|---|---|---|---|---|---|
| | Beginning balance on 5/8 | | | | -139.18 |
| 5/8 | Checking Opening Deposit | | 2,400.48 | | |
| 5/8 | POS Purchase - 05/07 Mach ID 000000 USA Gasoline 68 San Jose CA 0702 00000000741369784 ?McC=5542 | | | 55.03 | 2,206.27 |
| 5/12 | Check Crd Purchase 05/09 The Home Depot 663 San Jose CA 434256Xxxxxx0702 384129772140286 ?McC=5200 | | | 45.99 | |
| 5/12 | Check Crd Purchase 05/10 Intl Gourmet Foods San Jose CA 434256Xxxxxx0702 464130863861635 ?McC=5411 | | | 36.42 | |
| 5/12 | POS Purchase - 05/11 Mach ID 000000 Safeway Store 1245 Los Gatos CA 0702 00584131653619027 ?McC=5411 | | | 20.98 | |
| 5/12 | POS Purchase - 05/12 Mach ID 000000 Uspro San Jose CA 0702 00464132497681083 ?McC=5542 | | | 68.87 | |
| 5/12 | POS Purchase - 05/12 Mach ID 000000 Costco Gas 0129 Santa Clara CA 0702 00384132717412479 ?McC=5542 | | | 100.00 | 1,934.01 |
| 5/13 | Check Crd Purchase 05/12 Dahls Equipment Re San Jose CA 434256Xxxxxx0702 304132515364323 ?McC=7394 | | | 124.00 | 1,810.01 |
| 5/14 | POS Purchase - 05/14 Mach ID 000000 The Home Depot 635 Union City CA 0702 00584134723317297 ?McC=5200 | | | 50.10 | 1,759.91 |
| 5/15 | Check Crd Purchase 05/14 Cr Laurence CO Inc 800-421-6144 CA 434256Xxxxxx0702 304134704822726 ?McC=5039 | | | 173.89 | |
| 5/15 | Check Crd Purchase 05/14 Cr Laurence CO Inc 800-421-6144 CA 434256Xxxxxx0702 304129781732997 ?McC=5039 | | | 312.51 | |
| 5/15 | POS Purchase - 05/15 Mach ID 000000 Uspro San Jose CA 0702 00584135544117716 ?McC=5542 | | | 73.23 | 1,200.28 |
| 5/16 | Check Crd Purchase 05/15 AAA Membership 800-922-8228 CA 434256Xxxxxx0702 584134161398985 ?McC=8675 | | | 133.00 | 1,067.28 |
| 5/19 | Online Transfer From Haleh Karimian, D.D.S. Business Checking Xxxxxx6161 Ref #Ibek4Sk3CC On 05/19/14 | | 5,000.00 | | |
| 5/19 | Check Crd Purchase 05/16 Big Creek Lumber C 650-560-9749 CA 434256Xxxxxx0702 084136745960877 ?McC=5087 | | | 123.50 | |
| 5/19 | Check Crd Purchase 05/18 Brandymelvilleusa. 213-488-0988 CA 434256Xxxxxx0702 464138225231416 ?McC=5691 | | | 66.45 | 5,877.33 |
| 5/20 | POS Purchase - 05/19 Mach ID 000000 Walgreens 2680 Union A San Jose CA 0702 00384140086542345 ?McC=5912 | | | 11.94 | 5,865.39 |
| 5/22 | POS Purchase - 05/21 Mach ID 000000 Intl Gourmet Foods San Jose CA 0702 00584142042807195 ?McC=5411 | | | 23.65 | |
| 5/22 | Mbfs.Com Web Pay 140521 0001017632477 Hamid R Farajifard | | | 734.07 | 5,107.67 |
| 5/23 | Online Transfer From Hamid Farajifard Business Checking Xxxxxx4284 Ref #Ibe2Ml596P On 05/23/14 | | 10,000.00 | | 15,107.67 |

Case: 14-51942    Doc# 29    Filed: 06/20/14    Entered: 06/20/14 15:12:58    Page 8 of 19

1191997



IIIⅢ➡ **PMA® PREMIER CHECKING ACCOUNT**  (CONTINUED)

| Date | Description | Check No. | Deposits/ Additions | Withdrawals/ Subtractions | Ending Daily Balance |
|------|-------------|-----------|---------------------|---------------------------|----------------------|
| 5/27 | POS Purchase - 05/23 Mach ID 000000 Lunardi S Marke 720 Bl Los Gatos CA 0702 00304144054278243 ?McC=5411 | | | 46.79 | 15,060.88 |
| 5/30 | Interest Payment | | 0.22 | | 15,061.10 |
| | **Ending balance on 5/31** | | | | **15,061.10** |
| | **Totals** | | **$17,400.70** | **$2,200.42** | |

---

**Important Account Information**

As a reminder, PMA Package monthly service fees are calculated using the combined month end balances of all qualifying accounts linked to your PMA Package relationship. If you do not meet the minimum balance requirements*, the standard monthly service fee of $30 will be assessed to your primary checking account on the 3rd business day following month end. This fee will appear in the transaction history section for the primary checking account on your next month end statement.

*$25,000 in any combination of qualifying linked bank deposit accounts (checking, savings, time accounts (CDs) FDIC-insured IRAs) or $50,000 in any combination of qualifying linked bank, brokerage (available through Wells Fargo Advisors, LLC) and credit balances (including 10% of mortgage balances, certain mortgages not eligible).

---

**Important Account Information**

REMINDER: Unless you have at least $10,000 in qualifying relationship balances in accounts linked to your PMA Package on the last day of the third monthly statement cycle after your PMA Package was opened, your PMA Package will be terminated, all your accounts will be delinked from your PMA relationship and your PMA Premier Checking account will be converted to a non-interest earning checking account as described in the addendum to the Consumer Account Fee & Information Schedule provided to you when you opened your PMA Package.

---

**Is your family ready for college?**

If you could use some extra help planning and preparing financially for college, we can help.
Get ready for college at wellsfargomedia.com/GetCollegeReady, or schedule an appointment to speak with a local banker at wellsfargo.com/appointments.


## Worksheet to balance your checking account

**1.** Go through your check register and mark each check (this includes cancelled, converted and substitute checks that may appear on your statement), withdrawal, ATM transaction, payment, deposit or other credit listed in the "Transaction history" section of your statement. Be sure your register shows any interest or dividends paid into your account and any service charges, automatic payments or transfers withdrawn from your account during this statement period.

**2.** Using the chart below, list any outstanding, converted or substitute checks, as well as any ATM withdrawals, payments or any other withdrawals (including any from previous months) which are listed in your register but are not shown on your statement.

**3.** Balance your account by filling in the spaces below.

ENTER

A The "ending balance" shown on your statement

$ _____

ADD

B Any deposits listed in your register or transfers into your account which are not shown on your statement

$ _____
$ _____
$ _____
$ _____
$ _____ → $ _____

CALCULATE SUBTOTAL
(Add parts A and B )

$ _____

SUBTRACT

C Total of outstanding checks and withdrawals from the chart at right

- $ _____

CALCULATE
ENDING BALANCE
(Part A + Part B - Part C )
This amount should be the same as the current balance shown in your check register.

$ _____

| Items outstanding | |
| --- | --- |
| Check number | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| **Total** | **$** |

## General statement policies for Wells Fargo Bank

■ **To dispute or report inaccuracies in information we have furnished to a Consumer Reporting Agency about your accounts.** You have the right to dispute the accuracy of information that Wells Fargo Bank, N.A. has furnished to a consumer reporting agency by writing to us at Wells Fargo Servicing, P.O. Box 14415, Des Moines, IA 50306-3415. Please describe the specific information that is inaccurate or in dispute and the basis for the dispute along with supporting documentation. If you believe the information furnished is the result of identity theft, please provide us with an identity theft report.

■ **Checking account information.** After balancing your checking account, **please report any differences to us as soon as possible but no later than within 30 days.** Special provisions, including a reporting period of up to 60 days, apply if the difference involves an electronic funds transfer. These provisions are explained below.

■ In case of errors or questions about your electronic transfers, telephone us at the number printed on the front of this statement or write us at Wells Fargo Bank, P.O. Box 6995, Portland, OR 97228-6995 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).

2. Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.

3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

■ Deposit and credit products offered by Wells Fargo Bank, N.A., Member FDIC.

©2012 Wells Fargo Bank, N.A. All rights reserved. NMLSR ID 399801

1191999

# Gold Business Services Package



HAMID FARAJIFARD
DEBTOR IN POSSESSION
CH 11 CASE #14- 51942 (NCA)
107 ALERCHE DR
LOS GATOS CA 95032-5154

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Works Project is an online video series following five small business owners as they receive help and guidance from Wells Fargo for business goals that range from creating a marketing plan to positioning their business for sale. See how Wells Fargo works for these small businesses and can work for you at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☐ |
| Online Statements | ☐ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☐ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 5/7 | $0.00 |
| Deposits/Credits | 24,095.57 |
| Withdrawals/Debits | - 12,356.43 |
| **Ending balance on 5/31** | **$11,739.14** |
| Average ledger balance this period | $6,690.37 |

Account number: **5079614284**

**HAMID FARAJIFARD**
**DEBTOR IN POSSESSION**
**CH 11 CASE #14- 51942 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Sheet Seq = 0090251
Sheet 00001 of 00002



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|------------------|--------------------|---------------------|
| 5/8 | | Checking Opening Deposit | 2,770.37 | | 2,770.37 |
| 5/9 | | Check Crd Purchase 05/08 Chevys 2008 San Jose CA 425907xxxxxx6587 384128120742906 ?McC=5812 | | 27.00 | |
| 5/9 | | POS Purchase - 05/09 Mach ID 000000 Walgreens 670 4th St San Franciscoca 6587 00464129817930660 ?McC=5912 | | 6.00 | 2,737.37 |
| 5/12 | | POS Purchase - 05/09 Mach ID 000000 Safeway Store 1245 Los Gatos CA 6587 00584130096602283 ?McC=5411 | | 29.35 | |
| 5/12 | | POS Purchase - 05/10 Mach ID 000000 Walgreens 14100 Blosso Los Gatos CA 6587 00384130728252688 ?McC=5912 | | 16.28 | 2,691.74 |
| 5/19 | | ATM Check Deposit - 05/19 Mach ID 9919H 2061 Camden Avenue San Jose CA 6587 0008270 | 4,000.00 | | |
| 5/19 | | POS Purchase - 05/17 Mach ID 000000 Shell Service Station Encino CA 6587 00584137699116845 ?McC=5542 | | 92.37 | 6,599.37 |
| 5/20 | | POS Purchase - 05/19 Mach ID 000000 Uspro San Jose CA 6587 00584140145517500 ?McC=5542 | | 80.00 | |
| 5/20 | | POS Purchase - 05/20 Mach ID 000000 Uspro San Jose CA 6587 00464140499188838 ?McC=5542 | | 79.41 | 6,439.96 |
| 5/21 | | Check Crd Purchase 05/19 The Home Depot #66 San Jose CA 425907xxxxxx6587 584139718614510 ?McC=5200 | | 60.09 | |
| 5/21 | | Check Crd Purchase 05/20 Western States Gla 510-623-5000 CA 425907xxxxxx6587 464140560448202 ?McC=5231 | | 495.58 | |
| 5/21 | | POS Purchase - 05/21 Mach ID 000000 USA 63060 San Jose CA 6587 00000000440249791 ?McC=5542 | | 75.00 | 5,809.29 |
| 5/22 | | Check Crd Purchase 05/21 City of San Jose San Jose CA 425907xxxxxx6587 584141590406265 ?McC=9399 | | 2.00 | |
| 5/22 | | Check Crd Purchase 05/21 Guadalupe Landfill 4082681670 CA 425907xxxxxx6587 584141767838022 ?McC=4900 | | 204.04 | |
| 5/22 | | Check Crd Purchase 05/21 Guadalupe Landfill 4082681670 CA 425907xxxxxx6587 304141822479609 ?McC=4900 | | 111.24 | 5,492.01 |
| 5/23 | | ATM Check Deposit - 05/23 Mach ID 9979E 4th & Brannan San Francisco CA 6587 0006579 | 7,325.20 | | |
| 5/23 | | Online Transfer From Haleh Karimian, D.D.S. Business Checking xxxxxx6161 Ref #Ibeqwxmbz6 on 05/23/14 | 10,000.00 | | |
| 5/23 | | Check Crd Purchase 05/22 Chevron 00090087 San Francisco CA 425907xxxxxx6587 384142805906016 ?McC=5542 | | 84.13 | |
| 5/23 | | Online Transfer to Farajifard H Premier Checking xxxxxx0392 Ref #Ibe2Ml596P on 05/23/14 | | 10,000.00 | 12,733.08 |
| 5/27 | | Check Crd Purchase 05/22 Home Depot #8572 Morgan Hill CA 425907xxxxxx6587 584142680684363 ?McC=5200 | | 209.02 | |
| 5/27 | | Check Crd Purchase 05/23 Fastrak Csc 415-486-8655 CA 425907xxxxxx6587 384143456778836 ?McC=4784 | | 25.00 | |
| 5/27 | | POS Purchase - 05/25 Mach ID 000000 The Home Depot 1009 San Jose CA 6587 00464145781112143 ?McC=5200 | | 64.24 | 12,434.82 |
| 5/28 | | Check Crd Purchase 05/27 Hartung Glass Indu 425-656-2626 WA 425907xxxxxx6587 584147676979410 ?McC=5039 | | 695.68 | 11,739.14 |
| **Ending balance on 5/31** | | | | | **11,739.14** |
| **Totals** | | | **$24,095.57** | **$12,356.43** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| | | |
|---|---|---|
| Fee period 05/07/2014 - 05/31/2014 | Standard monthly service fee $14.00 | You paid $0.00 |



---

*Monthly service fee summary (continued)*

Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.  You have up to 90 calendar days from 05/07/2014 to complete the package requirements.

| How to avoid the monthly service fee  *(complete 1 AND 2)* | Minimum required | This fee period | |
|---|---|---|---|
| 1) Have any **ONE** of the following account requirements | | | |
| · Average ledger balance | $7,500.00 | $6,690.00 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 | ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 | ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 | ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 | ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | | ☐ |
|   - Average ledger balances in business checking, savings, and time accounts | | | |
|   - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | | |
|   - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage® loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even  t loan | | | |
| 2) Complete the package requirements | | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | | ☐ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,700 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 3 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

☐  Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

Sheet Seq = 0090252
Sheet 00002 of  00002



---

### General statement policies for Wells Fargo Bank

■ **Notice:**  Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1.  Use the following worksheet to calculate your overall account balance.

2.  Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3.  Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
   shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your          $ _____
   register or transfers into              $ _____
   your account which are not              $ _____
   shown on your statement.              + $ _____

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
   (Add Parts A and B)

   . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
   withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
   (Part A + Part B - Part C)
   This amount should be the same
   as the current balance shown in
   your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

# Wells Fargo Combined Statement of Accounts



HAMID FARAJIFARD
DEBTOR IN POSSESSION
CH 11 CASE #14- 51942 (NCA)
107 ALERCHE DR
LOS GATOS CA 95032-5154

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

The Wells Fargo Works Project is an online video series following five small business owners as they receive help and guidance from Wells Fargo for business goals that range from creating a marketing plan to positioning their business for sale. See how Wells Fargo works for these small businesses and can work for you at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

Business Online Banking ☐
Online Statements ☐
Business Bill Pay ☐
Business Spending Report ☐
Overdraft Protection ☐

## Summary of accounts

### Checking/Prepaid and Savings

| Account | Page | Account number | Ending balance last statement | Ending balance this statement |
|---|---|---|---|---|
| Gold Business Services Package | 2 | 5079614276 | 0.00 | 2,147.41 |
| Business Market Rate Savings | 3 | 7178312422 | 0.00 | 100.00 |
| | **Total deposit accounts** | | **$0.00** | **$2,247.41** |

Sheet Seq = 0090248
Sheet 00001 of 00003



# Gold Business Services Package

### Activity summary

| | |
|---|---:|
| Beginning balance on 5/7 | $0.00 |
| Deposits/Credits | 2,147.41 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 5/31** | **$2,147.41** |
| | |
| Average ledger balance this period | $2,147.41 |

Account number:  **5079614276**

**HAMID FARAJIFARD**
**DEBTOR IN POSSESSION**
**CH 11 CASE #14- 51942 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

#### Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

### Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---:|---:|---:|
| 5/8 | | Checking Opening Deposit | 2,147.41 | | 2,147.41 |
| **Ending balance on 5/31** | | | | | **2,147.41** |
| **Totals** | | | **$2,147.41** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted.  If you had insufficient available funds when a transaction posted, fees may have been assessed.*

#### Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/07/2014 - 05/31/2014 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|

Your fee waiver is about to expire.  You will need to meet the requirement(s) to avoid the monthly service fee.  You have up to 90 calendar days from 05/07/2014 to complete the package requirements.

| **How to avoid the monthly service fee**  *(complete 1 AND 2)* | Minimum required | This fee period |
|---|---|---|
| 1) Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $2,147.00 ☐ |
| · Qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · Qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Automatic transfer to an eligible Wells Fargo business savings account | $150.00 | $0.00 ☐ |
| · Linked Direct Pay Service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☐ |
|     - Average ledger balances in business checking, savings, and time accounts | | |
|     - Most recent statement balance of business credit card, Wells Fargo Secured Credit Card, BusinessLine® line of credit, Secured BusinessLine® line of credit, Wells Fargo Express Equity® line of credit, and Wells Fargo BusinessLoan® term loan | | |



---

*Monthly service fee summary (continued)*

| | Minimum required | This fee period |
|---|---|---|
| **How to avoid the monthly service fee** *(complete 1 AND 2)* | | |
| - Combined average daily balances from the previous month for Business PrimeLoan℠, Wells Fargo Express Equity® loan, Wells Fargo Express Refi® loan, Wells Fargo Purchase Advantage℠ loan, Wells Fargo Small Business Advantage® line of credit, Equipment Express® loan, and Equipment Express® Single Even  t loan | | |
| 2) Complete the package requirements | | |
| · Have qualifying linked accounts or services in separate categories* | 3 | ☐ |

*Includes Wells Fargo business accounts and services such as debit card, savings accounts, active Online Banking, credit card, loans and lines of credit.
C2/C2

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 2,100 | 7,500 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

☐   Did you know that you can review your safe deposit box information through Wells Fargo Business Online Banking? Sign on to business online banking at wellsfargo.com/biz and go to your account summary page to review details.

---

# Business Market Rate Savings

## Activity summary

| | |
|---|---|
| Beginning balance on 5/7 | $0.00 |
| Deposits/Credits | 100.00 |
| Withdrawals/Debits | - 0.00 |
| **Ending balance on 5/31** | **$100.00** |
| | |
| Average ledger balance this period | $100.00 |

Account number:   **7178312422**

**HAMID FARAJIFARD**
**DEBTOR IN POSSESSION**
**CH 11 CASE #14- 51942 (NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

## Interest summary

| | |
|---|---|
| Interest paid this statement | $0.00 |
| Average collected balance | $100.00 |
| Annual percentage yield earned | 0.00% |
| Interest earned this statement period | $0.00 |
| Interest paid this year | $0.00 |

Sheet Seq = 0090249
Sheet 00002 of  00003



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|
| 5/8 | Savings Opening Deposit | 100.00 | | 100.00 |
| | **Ending balance on 5/31** | | | **100.00** |
| | **Totals** | **$100.00** | **$0.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 05/07/2014 - 05/31/2014 | Standard monthly service fee $6.00 | You paid $0.00 |
|---|---|---|

The bank has waived the fee for this fee period. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| **How to avoid the monthly service fee** | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| ·  Average collected balance | $500.00 | $100.00 ☐ |
| ·  Automatic transfer from an eligible Wells Fargo business checking account | $100.00 | $0.00 ☐ |

YC/YC

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 100 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |



---

### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**
**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**
**B.** Any deposits listed in your      $ _____
register or transfers into      $ _____
your account which are not      $ _____
shown on your statement.      + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**
**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . . $ ._____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| | **Total amount** | $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

Sheet Seq = 0090250
Sheet 00003 of  00003